24 So.2d 919

**Ex parte Ezzie MORRIS et al.**

4 Div. 399.

Supreme Court of Alabama.

Jan. 18, 1946.

James J. Winn, of Clayton, for petitioners.

PER CURIAM.
Rule nisi denied.

GARDNER, C. J., and FOSTER, LIVINGSTON, and STAKELY, JJ., concur.